UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY SEIHEL, et al.,<br><br>Defendants. | No. 2:18-cv-1261-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Good cause appearing, defendant Harrison's motion (ECF No. 44) to modify the scheduling order (ECF No. 37) and stay the current deadline for filing all dispositive motions until forty-five days after defendant's March 17, 2020 exhaustion motion has been decided (ECF No. 43), is granted.

So ordered.

DATED: March 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE