UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME MARKIEL DAVIS,

Plaintiff,

v.

KIMBERLY A. SEIHEL, et al.,

Defendants.

No. 2:18-cv-01261-TLN-EFB

**ORDER**

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 48.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 49.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 5, 2020 (ECF No. 48), are ADOPTED IN FULL;

2. Defendant Harrison's Motion for Summary Judgment (ECF No. 43) is GRANTED and Plaintiff's claim against him is DISMISSED without prejudice for failure to exhaust administrative remedies; and

3. The Clerk of the Court is directed to enter judgment accordingly and close the case.

IT IS SO ORDERED.

DATED: August 3, 2020

Troy L. Nunley
United States District Judge